# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MICHAEL GOMEZ,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 4:25-cv-02998** |
| **GALIUM MILLENNIUM, LLC D/B/A** | § | |
| **MILLENNIUM HIGH STREET** | § | |
| **APARTMENTS, AND GREYSTAR GP,** | § | |
| **LLC,** | § | |
| **Defendants.** | § | |
| | § | |

**INDEX OF MATTERS BEING FILED**

TO THE CLERK OF COURT:

Pursuant to 28 U.S.C. §1446(a) and Local Rule 81, Defendant Schindler Elevator Corporation ("Schindler") files the following documents in connection with the removal of Cause No. 202415212; *Michael Gomez v. Gallium Millenium, LLC d/b/a/ Millenium High Street Apartments, and Greystar GP, LLC*; in the 281st Judicial District Court of Harris County, Texas to the United States District Court for the Southern District of Texas:

| Exhibit | Document Description | Date Filed |
|---|---|---|
| B | Plaintiff's Original Petition | March 8, 2024 |
| C | Citation and Return of Service on Galium Millenium, LLC d/b/a Millennium High Street Apartments. | March 12, 2024 |
| D | Plaintiff's First Amended Petition | September 24, 2024 |
| E | Citation and Return of Service on Greystar GP, LLC | October 10, 2024 |
| F | Greystar GP, LLC's Original Answer | October 28, 2024 |
| G | Galium Millenium, LLC d/b/a Millennium High Street Apartments' Original Answer | November 14, 2024 |
| H | Docket Control Order | February 7, 2025 |
| I | Plaintiff's Second Amended Petition | May 20, 2025 |
| J | Plaintiff's Second Amended Petition | May 23, 2025 |

| | | |
|---|---|---|
| K | Citation and Return of Service on Schindler Elevator Corporation | June 2, 2025 |
| L | Schindler Elevator Corporation's Original Answer | June 20, 2025 |
| M | State Court Docket Sheet | June 27, 2025 |
| N | List of All Counsel of Record | June 27, 2025 |

Respectfully submitted,

**FROST BROWN TODD LLP**

By: ______________________________

Mary London Fuller
State Bar No. 24087912
mfuller@fbtlaw.com
Siara N. Haas
State Bar No. 24120197
shaas@fbtlaw.com
1100 Louisiana Street, Suite 4300
Houston, Texas 77002
Telephone: 713-590-9300
Facsimile: 713-590-9399

***Attorneys for Defendant***
***Schindler Elevator Corporation***